**E-FILED**
Monday, 07 December, 2015  02:33:51 PM
Clerk, U.S. District Court, ILCD

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | | From: | |
|---|---|---|---|
| Nathan Doss | | | Chicago District Office |
| c/o Jordan Hoffman, Esq. | | | 500 West Madison St |
| 11528 S Halsted St | | | Suite 2000 |
| Chicago, IL 60628 | | | Chicago, IL 60661 |

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2014-01536 | Daniel Lim, **State & Local Coordinator** | (312) 869-8082 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| | |
|---|---|
| [X] | More than 180 days have passed since the filing of this charge. |
| ☐ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| [X] | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

| | |
|---|---|
| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /vr*                                         *August 17, 2015*

Enclosures(s)

**Julianne Bowman,
District Director**

*(Date Mailed)*

cc:

**Chief Executive Officer
KENCO LOGISTIC SERVICES
1125 Sycamore Street
Manteno, IL 60950**

 

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#14W0507-07 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2014CF2858 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Mr. Nathan Doss | | TELEPHONE NUMBER (Include area code)<br>(708) 534-0536 | |
|---|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | DATE OF BIRTH |
| 1124 Abbot Lane | University Park, Illinois 60484 | | M    D    YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Kenco Logistic Services | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (Include area code)<br>(815) 468-9999 |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1125 West Sycamore Street | Manteno, Illinois 60950 | Kankakee (091) |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Race    Sex    Perceived Sexual Orientation    Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>12/09/13        05/05/14<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS

REDUCTION IN WAGES, ON OR ABOUT DECEMBER 9, 2013, BECAUSE OF MY RACE, BLACK.

B.  PRIMA FACIE ALLEGATIONS

1.  My race is black.

2.  I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.

Page 1 of 10

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS ___7___ DAY OF ___May___, 2014.<br><br>_Jacquelyn Turner Hamb_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JACQUELYN TURNER HAMB<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/12/17<br><br>NOTARY STAMP | X _____    5.7.14<br>SIGNATURE OF COMPLAINANT        DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)



Charge Number: 2014CF2858
Complainant: Nathan Doss
Page 2 of 10

3.   On or about December 9, 2013, after receiving a recent promotion to the Lead Associate's position, I discovered that I was receiving a reduction in wages from Kelvin Walsh (non-black), Respondent's General Manager. Walsh stated that I would be receiving less in wages than the other lead associates because of budgetary considerations. No documentation was received from Walsh indicating Respondent's rationale for the reduction in wages.

4.   Similarly situated lead associate employees, such as Stephanie DuMont and others, whose races are not black, have not experienced any reductions in their wages due to budgetary considerations.

II.   A.   ISSUE/BASIS

REDUCTION IN WAGES, ON OR ABOUT DECEMBER 9, 2013, BECAUSE OF MY SEX, MALE.

B.   PRIMA FACIE ALLEGATIONS

1.   My sex is male.

2.   I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.

3.   On or about December 9, 2013, after receiving a recent promotion to the Lead Associate's position, I discovered that I was receiving a reduction in wages from Kelvin Walsh (male), Respondent's General Manager. Walsh stated that I would be receiving less in wages than the other lead associates because of budgetary considerations. No documentation was received from Walsh indicating Respondent's rationale for the reduction in wages.

4.   Similarly situated female lead associate employees, such as Stephanie DuMont and others, have not experienced any reductions in their wages due to budgetary considerations.

III.   A.   ISSUE/BASIS

REDUCTION IN WAGES, ON OR ABOUT DECEMBER 9, 2013, BECAUSE OF RESPONDENT'S PERCEPTION OF MY SEXUAL ORIENTATION.

B.   PRIMA FACIE ALLEGATIONS

1.   I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.



Charge Number: 2014CF2858
Complainant: Nathan Doss
Page 3 of 10

2. I have an objective reason to believe that the Respondent erroneously
   perceives me to be a homosexual, in that, Valerie Lillie, Respondent's
   Quality Coordinator, has verbally claimed that she perceives me to be
   a homosexual.

3. Based on Respondent's perception, on or about December 9, 2013, after
   receiving a recent promotion to the Lead Associate's position, I discovered
   that I was receiving a reduction in wages from Kelvin Walsh,
   Respondent's General Manager. Walsh stated that I would be receiving
   less in wages than the other lead associates because of budgetary
   considerations. No documentation was received from Walsh indicating
   Respondent's rationale for the reduction in wages.

IV.  A.  ISSUE/BASIS

REDUCTION IN WAGES, ON OR ABOUT DECEMBER 9, 2013, IN
RETALIATION FOR OPPOSING SEXUAL ORIENTATION
ALLEGATIONS IN THE WORKPLACE.

B.  ISSUE/BASIS

1. On or about December 1, 2013, I engaged in a protected activity when I
   complained to Respondent's management that Valerie Lillie, Respondent's
   Quality Coordinator, and Mike Manzello, Respondent's Warehouse
   Supervisor, were transmitting erroneous, discriminatory statements in the
   workplace about my allegedly being a homosexual.

2. On or about December 9, 2013, after receiving a recent promotion to the
   Lead Associate's position, I discovered that I was receiving a reduction in
   wages from Kelvin Walsh, Respondent's General Manager. Walsh stated
   that I would be receiving less in wages than the other lead associates
   because of budgetary considerations. No documentation was received
   from Walsh indicating Respondent's rationale for the reduction in wages.

3. Respondent's adverse actions followed my protected activity within
   such a period of time as to raise an inference of retaliatory motivation.

V.  A.  ISSUE/BASIS

REDUCTION IN WORK HOURS, ON OR ABOUT APRIL 1, 2014,
BECAUSE OF MY RACE, BLACK.



Charge Number: 2014CF2858
Complainant: Nathan Doss
Page 4 of 10

B.    PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.

3. On or about April 1, 2014, I experienced a reduction in work hours from Kelvin Walsh (white), Respondent's General Manager, and from Mike Manzello (white), Respondent's Warehouse Supervisor. Walsh and Manzello stated that I would be receiving less work hours because one of Respondent's shifts was being eliminated. No documentation was received from either Walsh or Manzello indicating Respondent's rationale for the reduction in work hours.

4. Similarly situated, non-black, lead associate employees, such as Stephanie DuMont and others, have not experienced any reductions in their work hours, irrespective of any elimination of Respondent's work shifts.

VI.   A.    ISSUE/BASIS

REDUCTION IN WORK HOURS, ON OR ABOUT APRIL 1, 2014, BECAUSE OF MY SEX, MALE.

B.    PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.

3. On or about April 1, 2014, I experienced a reduction in work hours from Kelvin Walsh (male), Respondent's General Manager, and from Mike Manzello (male), Respondent's Warehouse Supervisor. Walsh and Manzello stated that I would be receiving less work hours because one of Respondent's shifts was being eliminated. No documentation was received from either Walsh or Manzello indicating Respondent's rationale for the reduction in work hours.

4. Similarly situated, female lead associate employees, such as Stephanie DuMont and others, have not experienced any reductions in their work hours, irrespective of any elimination of Respondent's work shifts.

Charge Number: 2014CF2858
Complainant: Nathan Doss
Page 5 of 10

VII.  A.    ISSUE/BASIS

REDUCTION IN WORK HOURS, ON OR ABOUT APRIL 1, 2014,
BECAUSE OF RESPONDENT'S PERCEPTION OF MY SEXUAL
ORIENTATION.

B.    PRIMA FACIE ALLEGATIONS

1.  I have satisfactorily performed my duties as a Lead Associate, and have
been employed by the Respondent since August 14, 2012.

2.  I have an objective reason to believe that Respondent erroneously
perceives me to be a homosexual, in that, Valerie Lillie, Respondent's
Quality Coordinator, has verbally claimed that she perceives me to be
a homosexual.

3.  On or about April 1, 2014, I experienced a reduction in work hours from
Kelvin Walsh, Respondent's General Manager, and from Mike Manzello,
Respondent's Warehouse Supervisor. Walsh and Manzello stated that I
would be receiving less work hours because one of Respondent's shifts was
being eliminated. No documentation was received from either Walsh or
Manzello indicating Respondent's rationale for the reduction in work
hours.

4.  Similarly situated lead associate employees, such as Stephanie
DuMont and others, who are not perceived as being a homosexual, have
not experienced any reductions in their work hours, irrespective of any
elimination of Respondent's work shifts.

VIII.  A.    ISSUE/BASIS

REDUCTION IN WORK HOURS, ON OR ABOUT APRIL 1, 2014,
IN RETALIATION FOR OPPOSING SEXUAL ORIENTATION
ALLEGATIONS IN THE WORKPLACE.

B.    ISSUE/BASIS

1.  On or about December 1, 2013, I engaged in a protected activity when I
complained to Respondent's management that Valerie Lillie, Respondent's
Quality Coordinator, and Mike Manzello, Respondent's Warehouse
Supervisor, were transmitting erroneous, discriminatory statements in the
workplace about my allegedly being a homosexual.

2.  On or about April 1, 2014, I experienced a reduction in work hours from Kelvin Walsh, Respondent's General Manager, and from Mike Manzello, Respondent's Warehouse Supervisor. Walsh and Manzello stated that I would be receiving less work hours because one of Respondent's shifts was being eliminated. No documentation was received from either Walsh or Manzello indicating Respondent's rationale for the reduction in work hours.

3.  Respondent's adverse actions have followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

IX.  A.  ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT, ON OR ABOUT APRIL 10, 2014, BECAUSE OF MY RACE, BLACK.

B.  PRIMA FACIE ALLEGATIONS

1.  My race is black.

2.  I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.

3.  On or about April 10, 2014, I experienced unequal terms and conditions of employment when Mike Manzello (white), Respondent's Warehouse Supervisor, denied me the opportunity to use some of my accumulated benefit time. Manzello stated that I would not be allowed to use some of my accumulated personal time, because I allegedly failed to request to use the time in advance of twenty-four hours. No documentation was received from Manzello indicating Respondent's rationale for denying me the use of my accumulated benefit time.

4.  Similarly situated, non-black, lead associate employees, such as Stephanie DuMont and others, have been treated differently under similar circumstances.

X.  A.  ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT, ON OR ABOUT APRIL 10, 2014, BECAUSE OF MY SEX, MALE.

B.  PRIMA FACIE ALLEGATIONS

1.  My sex is male.



Charge Number: 2014CF2858
Complainant: Nathan Doss
Page 7 of 10

    2. I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.

    3. On or about April 10, 2014, I experienced unequal terms and conditions of employment when Mike Manzello (male), Respondent's Warehouse Supervisor, denied me the opportunity to use some of my accumulated benefit time. Manzello stated that I would not be allowed to use some of my accumulated benefit time (personal time), because I allegedly failed to request to use the time in advance of twenty-four hours. No documentation was received from Manzello indicating Respondent's rationale for denying me the use of my accumulated benefit time.

    4. Similarly situated, female, lead associate employees, such as Stephanie DuMont and others, have been treated differently under similar circumstances.

XI.   A.   ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT, ON OR ABOUT APRIL 10, 2014, BECAUSE OF RESPONDENT'S PERCEPTION OF MY SEXUAL ORIENTATION.

   B.   PRIMA FACIE ALLEGATIONS

    1. I have satisfactorily performed my duties as a Lead Associate, and have been employed by the Respondent since August 14, 2012.

    2. I have an objective reason to believe that Respondent erroneously perceives me to be a homosexual, in that, Valerie Lillie, Respondent's Quality Coordinator, has verbally claimed that she perceives me to be a homosexual.

    3. On or about April 10, 2014, I experienced unequal terms and conditions of employment when Mike Manzello, Respondent's Warehouse Supervisor, denied me the opportunity to use some of my accumulated benefit time. Manzello stated that I would not be allowed to use some of my accumulated benefit time (personal time), because I allegedly failed to request to use the time in advance of twenty-four hours. No documentation was received from Manzello indicating Respondent's rationale for denying me the use of my accumulated benefit time.

    4. Similarly situated lead associate employees, such as Stephanie DuMont and others, who are not perceived as being a homosexual, have been treated differently under similar circumstances.

Charge Number: 2014CF2858
Complainant: Nathan Doss
Page 8 of 10

XII.    A.    ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT, ON OR
ABOUT APRIL 10, 2014, IN RETALIATION FOR OPPOSING SEXUAL
ORIENTATION ALLEGATIONS IN THE WORKPLACE.

B.    PRIMA FACIE ALLEGATIONS

1.  On or about December 1, 2013, I engaged in a protected activity when I
complained to Respondent's management that Valerie Lillie, Respondent's
Quality Coordinator, and Mike Manzello, Respondent's Warehouse
Supervisor, were transmitting erroneous, discriminatory statements in the
workplace about my allegedly being a homosexual.

2.  On or about April 10, 2014, I experienced unequal terms and conditions of
employment when Mike Manzello, Respondent's Warehouse Supervisor,
denied me the opportunity to use some of my accumulated benefit time.
Manzello stated that I would not be allowed to use some of my
accumulated benefit time (personal time), because I allegedly failed to
request to use the time in advance of twenty-four hours.  No
documentation was received from Manzello indicating Respondent's
rationale for denying me the use of my accumulated benefit time.

3.  Respondent's adverse actions have followed my protected activity within
such a period of time as to raise an inference of retaliatory motivation.

XIII.    A.    ISSUE/BASIS

HARASSMENT, ON OR ABOUT MAY 5, 2014, BECAUSE OF MY RACE,
BLACK.

B.    PRIMA FACIE ALLEGATIONS

1.  My race is black.

2.  I have satisfactorily performed my duties as a Lead Associate, and have
been employed by the Respondent since August 14, 2012.

3.  On or about May 5, 2014, I was harassed in Respondent's workplace by
Mike Manzello (white), Respondent's Warehouse Supervisor, and Valerie
Lillie (white), Respondent's Quality Coordinator.  Manzello and Lillie
claimed that I smelled of marijuana and ordered me to submit to a drug
screen; a screen to which I passed.  No documentation was received from
Manzello or Lillie indicating why I was being harassed.

   4.  Similarly situated, non-black, lead associate employees, such as Stephanie
       DuMont and others, who have been accused of appearing intoxicated,
       or were smelling of any drug or alcohol use, have been treated differently
       under similar circumstances.

XIV.  A.  ISSUE/BASIS

       HARASSMENT, ON OR ABOUT MAY 5, 2014, BECAUSE OF MY SEX,
       MALE.

   B.  PRIMA FACIE ALLEGATIONS

   1.  My sex is male.

   2.  I have satisfactorily performed my duties as a Lead Associate, and have
       been employed by the Respondent since August 14, 2012.

   3.  On or about May 5, 2014, I was harassed in Respondent's workplace by
       Mike Manzello (male), Respondent's Warehouse Supervisor, and Valerie
       Lillie (male), Respondent's Quality Coordinator. Manzello and Lillie
       claimed that I smelled of marijuana and ordered me to submit to a drug
       screen; a screen to which I passed. No documentation was received from
       Manzello or Lillie indicating why I was being harassed.

   4.  Similarly situated, female, lead associate employees, such as Stephanie
       DuMont and others, who have been accused of appearing intoxicated,
       or were smelling of any drug or alcohol use, have been treated differently
       under similar circumstances.

XV.  A.  ISSUE/BASIS

       HARASSMENT, ON OR ABOUT MAY 5, 2014, BECAUSE OF
       RESPONDENT'S PERCEPTION OF MY SEXUAL ORIENTATION.

   B.  PRIMA FACIE ALLEGATIONS

   1.  I have satisfactorily performed my duties as a Lead Associate, and have
       been employed by the Respondent since August 14, 2012.

   2.  I have an objective reason to believe that the Respondent erroneously
       perceives me to be a homosexual, in that, Valerie Lillie, Respondent's
       Quality Coordinator, has verbally claimed that she perceives me to be
       a homosexual.

Charge Number: 2014CF2858
Complainant: Nathan Doss
Page 10 of 10

3. On or about May 5, 2014, I was harassed in Respondent's workplace by Mike Manzello, Respondent's Warehouse Supervisor, and Valerie Lillie, Respondent's Quality Coordinator. Manzello and Lillie claimed that I smelled of marijuana and ordered me to submit to a drug screen; a screen to which I passed. No documentation was received from Manzello or Lillie indicating why I was being harassed.

4. Similarly situated lead associate employees, such as Stephanie DuMont and others, who are not perceived as being a homosexual, who have been accused of appearing intoxicated, or were smelling of any drug or alcohol use, have been treated differently under similar circumstances.

XVI. A.    ISSUE/BASIS

HARASSMENT, ON OR ABOUT MAY 5, 2014, IN RETALIATION FOR OPPOSING SEXUAL ORIENTATION ALLEGATIONS IN THE WORKPLACE.

B.    PRIMA FACIE ALLEGATIONS

1. On or about December 1, 2013, I engaged in a protected activity when I complained to Respondent's management that Valerie Lillie, Respondent's Quality Coordinator, and Mike Manzello, Respondent's Warehouse Supervisor, were transmitting erroneous, discriminatory statements in the workplace about my allegedly being a homosexual.

2. On or about May 5, 2014, I was harassed in Respondent's workplace by Mike Manzello, Respondent's Warehouse Supervisor, and Valerie Lillie, Respondent's Quality Coordinator. Manzello and Lillie claimed that I smelled of marijuana and ordered me to submit to a drug screen; a screen to which I passed. No documentation was received from Manzello or Lillie indicating why I was being harassed.

3. Respondent's adverse actions have followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

ACF/JJT

10. For an award of attorney's fees pursuant to Illinois Government Code and any other applicable provisions of Illinois statutory or common law; and

11. For any other further relief as the Court deems just and proper.

12. That the Court grant temporary, preliminary, and permanent injunctive relief prohibiting Defendants from engaging in further discriminatory conduct.

PLAINFIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS

Respectfully Submitted this 4 Day of August 2015.

Nathan E. Doss

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF prays for judgment as follows:

1.    That Summons issue requiring Defendant Party to answer the Complaint within the

time provided by law;

2.    That Plaintiff be awarded a declaratory judgment that Defendant discriminated

against him in violation of Race and perceived sexual orientation (homosexual)

3.    That Plaintiff recover from Defendant back pay and benefits with pre-judgment

Interest;

4.    That this Court either order Defendant award PALINTIFF front pay

and benefits in an amount sufficient to compensate Plaintiff;

5.    Special damages;

6.    For other compensatory damages for emotional distress and other economic losses

to be determined by a jury;

7.    For all damages available for violation of the Illinois Human Rights Act;

8.    For punitive and exemplary damages, according to proof;

9.    For costs of suit incurred;

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Nathan D. Doss | From: | Chicago District Office |
|---|---|---|---|
| | c/o Jordan Hoffman, Esq. | | 500 West Madison St |
| | Jordan Travaille Hoffman | | Suite 2000 |
| | 11528 S Halsted St | | Chicago, IL 60661 |
| | Chicago, IL 60628 | | |

| | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2015-00009 | Daniel Lim, State & Local Coordinator | (312) 869-8082 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]  More than 180 days have passed since the filing of this charge.

[ ]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /sr*                                        September 4, 2015

Enclosures(s)

**Julianne Bowman, District Director**                           *(Date Mailed)*

cc:    **Chief Executive Officer**
       **KENCO LOGISTIC SERVICES**
       **1125 Sycamore St**
       **Manteno, IL 60950**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>#15W0904.09 | ☒ IDHR<br><br>☐ EEOC | 2015CF0822 |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.)<br><br>Mr. Nathan Doss | TELEPHONE NUMBER (Include area code)<br><br>(708) 534-0536 | |
|---|---|---|
| STREET ADDRESS<br><br>1124 Abbot Lane | CITY, STATE AND ZIP CODE<br><br>University Park, IL  60484 | DATE OF BIRTH<br>//<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Kenco Logistic Services, LLC | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (Include area code)<br><br>(815) 468-9999 | |
|---|---|---|---|
| STREET ADDRESS<br><br>1125 Sycamore Street | CITY, STATE AND ZIP CODE<br><br>Manteno, IL  60950 | | COUNTY<br><br>Kankakee |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br><br>8/19/14      9/3/14<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

TECHNICAL AMENDMENT I*

(*Correction to Respondent's name)

Dept. of Human Rights
SWITCHBOARD

APR 7 2015

RECEIVED

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 24 DAY OF April , 2015.<br><br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JORDAN TRAVAILLE HOFFMAN<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES JULY 29, 2016<br><br>NOTARY STAMP | X _____    4/24/15<br>SIGNATURE OF COMPLAINANT        DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.    #15W0904.09 | ☒ IDHR  ☐ EEOC | 2015CF0822 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Mr. Nathan Doss | (708) 534-0536 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1124 Abbot Lane | University Park, IL  60484 | //  M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Kenco Logistic Services | 15+ | (815) 468-9999 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1125 Sycamore Street | Manteno, IL  60950 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation | 8/19/14    9/3/14  ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS
      HARASSMENT – AUGUST 19, 2014 AND SEPTEMBER 3, 2014, IN RETALIATION FOR FILING PREVIOUS DISCRIMINATION CHARAGES

   B.  PRIMA FACIE ALLEGATIONS
      1. On May 7, 2014, I filed charge#2014CF2858 on May 21, 2014, I filed charge #2014CF2992, on May 29, 2014, I filed charge #2014CF3057 on June 9, 2014, I filed charge #2014CF3161 and on August 12, 2014, I filed charge#2015CF0310.

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME  THIS 3rd DAY OF October , 2014.  *Donna M. Evans*  NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL  DONNA M EVANS  NOTARY PUBLIC - STATE OF ILLINOIS  MY COMMISSION EXPIRES:06/03/18  NOTARY STAMP | X _____  10.3.14  SIGNATURE OF COMPLAINANT   DATE  I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 2015 0822
Complainant: Nathan Doss
Page 2 of 2

2. On August 19, 2014, I was harassed by Valerie Lillie, Safety Coordinator, who took a picture of me per David Jabaley, Acting General Manager as proof to accuse me of violating Respondent's dress code policy. On September 3, 2014, I was again harassed when I was accused of sleeping on the job.

3. The negative employment action followed the filing of my previous discrimination charges within such a period of time as to raise an inference of retaliatory motivation.

MFP/RCG/amm

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Nathan Doss<br>c/o Jordan Hoffman, Esq.<br>Jordan Travaille Hoffman<br>11528 S Halsted St<br>Chicago, IL 60628 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2014-02258 | Daniel Lim,<br>State & Local Coordinator | (312) 869-8082 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /sr*                    September 4, 2015

Enclosures(s)

**Julianne Bowman,
District Director**                    *(Date Mailed)*

cc:  **Chief Executive Officer
KENCO LOGISTICS**
1125 W Sycamore St
Manteno, IL 60950

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.  #15W0731.07 | ☒ IDHR  ☐ EEOC | 2015CF0310 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) | |
|---|---|---|
| Mr. Nathan Doss | (708) 534-0536 | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1124 Abbot Lane | University Park, IL  60484 | /  /  M   D   YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS  15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Kenco Logistic Services, LLC |  | (815) 468-9999 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1125 Sycamore Street | Manteno, IL  60950 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA)  LATEST (ALL) |
|---|---|
| Retaliation | 06/03/2014        08/07/2014  ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

TECHNICAL AMENDMENT I*

(*Correction to Respondent's name)

Dept. of Human Rights
SWITCHBOARD

APR 27 2015

RECEIVED

By:

I also want this charge filed with the EEOC. I will advise the agencies If I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 24 DAY OF April , 2015.

NOTARY SIGNATURE

X _____    4.24.16
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that It is true to the best of my knowledge, information and belief.

OFFICIAL SEAL
JORDAN TRAVAILLE HOFFMAN
NOTARY PUBLIC – STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 29, 2018

NOTARY STAMP

EEO-5 FORM (Rev. 7/12-INT)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>#15W0731.07 | ☒ IDHR<br><br>☐ EEOC | 2015CF0310 |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Mr. Nathan Doss | | TELEPHONE NUMBER (include area code)<br><br>(708) 534-0536 | |
|---|---|---|---|
| STREET ADDRESS<br><br>1124 Abbot Lane | CITY, STATE AND ZIP CODE<br><br>University Park, IL 60484 | | DATE OF BIRTH<br>/ /<br>M  D  . YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Kenco Logistics | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br><br>(815) 468-9999 |
|---|---|---|
| STREET ADDRESS<br><br>1125 Sycamore Street | CITY, STATE AND ZIP CODE<br><br>Manteno, IL 60950 | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>06/03/2014      08/07/2014<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.    **ISSUE/BASIS**

            HARASSMENT – JUNE 3, 2014 THROUGH JULY 7, 2014, IN RETALIATION FOR FILING PREVIOUS DISCRIMINATION CHARGES

      B.    **PRIMA FACIE ALLEGATIONS**

            1.    On May 7, 2014, I filed charge 2014CF2858, on May 21, 2014, I filed charge 2014CF2992 and on May 29, 2014, I filed charge 2014CF3057. On June 9, 2014, I filed charge number 2014CF3161, against Respondent with the Illinois Department of Human Rights.

Page 1 of 3

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 12th DAY OF _August_, 2014<br><br>_(signature)_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>RAQUEL C GUERRA<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:05/17/16<br><br>NOTARY STAMP | X _(signature)_      8.12.14<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 201█████0310
Complainant: Nathan Doss
Page 3 of 3

II.     A.     ISSUE/BASIS

              SUSPENSION – AUGUST 7, 2014, IN RETALIATION FOR
              FILING PREVIOUS DISCRIMINATION CHARGES

       B.     PRIMA FACIE ALLEGATIONS

       1.     On May 7, 2014, I filed charge 2014CF2858, on May 21, 2014, I filed
              charge 2014CF2992 and on May 29, 2014, I filed charge 2014CF3057.
              On June 9, 2014, I filed charge number 2014CF3161, against
              Respondent with the Illinois Department of Human Rights.

       2.     On August 7, 2014, I was suspended pending investigation.  The reason
              given by David Jabalay, General Manager,  was for being
              insubordinate towards Saul Beck, Third Shift Supervisor.

       3.     The adverse action followed the filing of my previous charges within
              such a period of time as to raise an inference of retaliatory motivation.


MEE/TFR

Charge Number: 201▓▓▓
Complainant: Nathan Doss
Page 2 of 3

2.     I began my employment with Respondent on April 12, 2012. My work performance as a lead associate in the warehouse meets Respondent's legitimate expectations.

3.     From June 3, 2014 until July 7, 2014, I have been harassed in Respondent's workplace by Valerie Lillie, Safety Coordinator and Paula Hise, Vice President Operations, in that:

        a.     On June 3, 2014, during a shift meeting Hise stated that the termination of Kelvin Walsh former, General Manager, was necessary but losing him was a great loss because he was a great employee. I felt I was being harassed because Walsh was discharged based on my previous discrimination charge.

        b.     On June 30, 2014, I reported Karl Meyer, Freight Coordinator, for safety violation to Stacy Bushey, Supervisor and David Jubilee, General Manager. Instead of Bushey disciplining Meyer, she informed him that I wrote him up for safety violations, creating a hostile work environment for me. Jubilee said that I needed a witness before he could take any discipline action towards Meyer.

        c.     On July 2, 2014, I instructed Pete Monticello, Floor Associate, to complete a specific task in the drop zone. Monticello hung around for 10 minutes, switched equipment and then asked Scott (last name unknown), Lead, if it was alright for him to do the work. When I asked Monticello if he was confused about the task, he began to argue with me.

        d.     On July 7, 2014, I requested a copy of the Standard Operating Procedures (SOP), from Valerie Lillie, Safety Coordinator, and she instructed me to get it myself. However, when David Jubilee, General Manager, requested a copy Lillie provided him with a copy right away.

4.     I have reported the harassment repeatedly to management and nothing is done to ensure me a workplace free of harassment. The harassment has created a hostile, intimidating and uncomfortable work environment which substantially interferes with my ability to perform my job.

5.     The adverse action followed the filing of my previous charges within such a period of time as to raise an inference of retaliatory motivation.

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  Nathan Doss<br>c/o Jordan Hoffman, Esq.<br>Jordan Travaille Hoffman<br>11528 S Halsted St<br>Chicago, IL 60628 | From:  Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2014-01685 | Daniel Lim,<br>State & Local Coordinator | (312) 869-8082 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /sr*                              *September 4, 2015*

Enclosures(s)

Julianne Bowman,
**District Director**                    *(Date Mailed)*

cc:    **Chief Executive Officer**
**KENCO Logistic Services LLC**
**1125 W Sycamore Rd**
**Manteno, IL 60950**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.  #14W0529.06 | ☒ IDHR  ☐ EEOC | 2014CF3057 |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) | |
|---|---|---|
| Mr. Nathan Doss | (708) 534-0536 | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1124 Abbot Lane | University Park, Illinois 60484 | / /  M D  YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Kenco Logistic Services, LLC | | (815) 468-9999 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1125 Sycamore Street | Manteno, Illinois 60950 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation | 5/22/14    5/24/14  ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**TECHNICAL AMENDMENT I\***

**(\*Correction to Respondent's name)**

Dept. of Human Rights
SWITCHBOARD

APR ? 7 2015

RECEIVED

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS 24 DAY OF Apr , 2015.  NOTARY SIGNATURE |
|---|---|

| OFFICIAL SEAL  JORDAN TRAVAILLE HOFFMAN  NOTARY PUBLIC – STATE OF ILLINOIS  MY COMMISSION EXPIRES JULY 25, 2018  NOTARY STAMP | X _____  4·24·15  SIGNATURE OF COMPLAINANT    DATE  I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|

EEO-5 FORM (Rev. 7/12-INT)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#14W0529.06

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2014CF3057 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) | |
|---|---|---|
| Mr. Nathan Doss | (708) 534-0536 | |
| **STREET ADDRESS** | **CITY, STATE AND ZIP CODE** | **DATE OF BIRTH** |
| 1124 Abbot Lane | University Park, Illinois 60484 | / / M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Kenco Logistics Services | | (815) 468-9999 |
| **STREET ADDRESS** | **CITY, STATE AND ZIP CODE** | **COUNTY** |
| 1125 Sycamore Street | Manteno, Illinois 60950 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation | 5/22/14    5/24/14 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A.  ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – MAY 22, 2014 AND MAY 24, 2014, IN RETALIATION FOR FILING EARILER DISCRIMINATION CHARGE

B.  PRIMA FACIE
   1. On May 7, 2014, I filed charge#2014CF2858 against Respondent with the Illinois Department of Human Rights.

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS _29_ DAY OF _May_, 2014. |
|---|---|
| | _Jacquelyn Turner Hamb_ NOTARY SIGNATURE |
| OFFICIAL SEAL JACQUELYN TURNER HAMB NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES:11/12/17 NOTARY STAMP | X _____    5-29-14 SIGNATURE OF COMPLAINANT    DATE I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 201...3F3057
Complainant: Nathan Doss
Page 2 of 2

3. On May 22, 2014 and May 24, 2014, I was subjected to unequal terms and conditions of employment by Mike Manzello, Operations Manager and Kelvin Walsh, General Manager. They made me use my PTO hours in order to give me a 40 hour work week. On May 24, 2014, they told me to clock out and return to work at 3.00 p.m. that same afternoon.

4. The negative employment actions followed my filing an earlier discrimination charge within such a period of time as to raise an inference of retaliatory motivation.

MFP/TFR/mfp

EEOC Form 161-B (11/09)

### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Nathan Doss<br>c/o Jordan Hoffman, Esq.<br>Jordan Travaille Hoffman<br>11528 S Halsted St<br>Chicago, IL 60628 | From:    Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

☐   On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2014-01685 | Daniel Lim,<br>State & Local Coordinator | (312) 869-8082 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]   More than 180 days have passed since the filing of this charge.

☐   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /sr*                    *September 4, 2015*

Enclosures(s)

**Julianne Bowman,
District Director**                    *(Date Mailed)*

cc:    **Chief Executive Officer
KENCO Logistic Services LLC
1125 W Sycamore Rd
Manteno, IL 60950**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#14W0529.06 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2014CF3057 |
|---|---|---|

| Illinois Department of Human Rights and EEOC | | |
|---|---|---|

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.)<br><br>Mr. Nathan Doss | | TELEPHONE NUMBER (include area code)<br><br>(708) 534-0536 |
|---|---|---|
| STREET ADDRESS<br><br>1124 Abbot Lane | CITY, STATE AND ZIP CODE<br><br>University Park, Illinois 60484 | DATE OF BIRTH<br>/ /<br>M D  YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Kenco Logistic Services, LLC | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br><br>(815) 468-9999 | |
|---|---|---|---|
| STREET ADDRESS<br><br>1125 Sycamore Street | CITY, STATE AND ZIP CODE<br><br>Manteno, Illinois 60950 | | COUNTY<br><br>Kankakee |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br>Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>5/22/14        5/24/14<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:


**TECHNICAL AMENDMENT I***

**(*Correction to Respondent's name)**

Dept. of Human Rights
SWITCHBOARD

APR 7 7 2015

RECEIVED

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 24 DAY OF _April_ , 2015.<br><br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JORDAN TRAVAILLE HOFFMAN<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES JULY 24, 2018<br><br>NOTARY STAMP | X _____  4-24-15<br>SIGNATURE OF COMPLAINANT        DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.   #14W0529.06 | ☒ IDHR   ☐ EEOC | 2014CF3057 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.)   Mr. Nathan Doss | TELEPHONE NUMBER (include area code)   (708) 534-0536 | |
|---|---|---|
| STREET ADDRESS   1124 Abbot Lane | CITY, STATE AND ZIP CODE   University Park, Illinois 60484 | DATE OF BIRTH   / /   M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT   Kenco Logistics Services | NUMBER OF EMPLOYEES, MEMBERS   15+ | TELEPHONE NUMBER (include area code)   (815) 468-9999 |
|---|---|---|
| STREET ADDRESS   1125 Sycamore Street | CITY, STATE AND ZIP CODE   Manteno, Illinois 60950 | COUNTY   Kankakee |

| CAUSE OF DISCRIMINATION BASED ON:         Retaliation | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL)   5/22/14       5/24/14   ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS

    UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – MAY 22, 2014 AND MAY 24, 2014, IN RETALIATION FOR FILING EARILER DISCRIMINATION CHARGE

  B.  PRIMA FACIE
    1. On May 7, 2014, I filed charge#2014CF2858 against Respondent with the Illinois Department of Human Rights.

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME   THIS _29_ DAY OF _May_ , 2014.   _Jacquelyn Turner Hamb_   NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL   JACQUELYN TURNER HAMB   NOTARY PUBLIC - STATE OF ILLINOIS   MY COMMISSION EXPIRES:11/12/17   NOTARY STAMP | X _____   5·89·14   SIGNATURE OF COMPLAINANT      DATE   I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 201 3F3057
Complainant: Nathan Doss
Page 2 of 2

3. On May 22, 2014 and May 24, 2014, I was subjected to unequal terms and
   conditions of employment by Mike Manzello, Operations Manager and
   Kelvin Walsh, General Manager. They made me use my PTO hours in
   order to give me a 40 hour work week. On May 24, 2014, they told me to
   clock out and return to work at 3.00 p.m. that same afternoon.

4. The negative employment actions followed my filing an earlier
   discrimination charge within such a period of time as to raise an inference
   of retaliatory motivation.

MFP/TFR/mfp

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Nathan Doss**<br>c/o Jordan Hoffman, Esq.<br>Jordan Travaille Hoffman<br>11528 S Halsted St<br>Chicago, IL 60628 | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2014-01634** | **Daniel Lim,**<br>**State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court** <u>WITHIN</u> <u>90 DAYS</u> **of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred** <u>more than 2 years (3 years)</u> **before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /sr*

**Julianne Bowman,**
**District Director**

*September 4, 2015*

*(Date Mailed)*

Enclosures(s)

cc: **Chief Executive Officer**
**KENCO Logistic Services LLC**
**1125 W Sycamore Rd**
**Manteno, IL 60950**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

# 14W0521.06

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2014CF2992 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (Include area code) |
|---|---|
| Mr. Nathan Doss | (708) 534-0536 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1124 Abbot Lane | University Park, Illinois 60484 | / / <br> M D  YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (Include area code) |
|---|---|---|
| Kenco Logistic Services | | (815) 468-9999 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1125 Sycamore Street | Manteno, Illinois 60950 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation    Race    Sex | 5/8/14        5/16/14 <br> ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.   ISSUE/BASIS

   HARASSMENT – MAY 8, 2014, BECAUSE OF MY RACE, BLACK

   B.   PRIMA FACIE ALLEGATIONS
   1.  My race is black.

   2.  My job performance as lead associate meets Respondent's expectations.  I was hired on April 10, 2012.

Page 1 of 3

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 21st DAY OF _May_ , 2014.

NOTARY SIGNATURE

OFFICIAL SEAL
RAQUEL C GUERRA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/16

NOTARY STAMP

X _____    5-21-14

SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 7/12-INT)



    3. On May 8, 2014, I was harassed by Kelvin Walsh (non-black), General Manager, who reprimanded me in a hostile derogatory demeaning manner while he addressed me about my work schedule.

    4. Similarly situated non-black employees were not treated in this manner.

II.   A.   ISSUE/BASIS
          HARASSMENT – MAY 8, 2014, BECAUSE OF MYSEX, MALE

       B.   PRIMA FACIE ALLEGATIONS
          1. My sex is male.

          2. My job performance as lead associate meets Respondent's expectations. I was hired on April 10, 2012.

          3. On May 8, 2014, I was harassed by Kelvin Walsh (male), General Manager, who reprimanded me in a hostile derogatory demeaning manner while he addressed me about my work schedule.

          4. Similarly situated female employees were not treated in this manner.

III.   A.   ISSUE/BASIS
          HARASSMENT – MAY 16, 2014, IN RETALIATION FOR FILING AN EARLIER DISCRIMINATION CHARGE

       B.   PRIMA FACIE ALLEGATIONS
          1. On May 7, 2014, I filed charge #2014CF2858, against Respondent with the Illinois Department of Human Rights.

          2. On May 16, 2014, I was again harassed by Kelvin Walsh, General Manager, who reprimanded me in public for calling an ambulance for an ill employee.

          3. The harassment followed the filing of my discrimination charge within such a period of time as to raise an inference of retaliatory motivation.

IV.   A.   ISSUE/BASIS
          HARASSMENT – MAY 16, 2014, BECAUSE OF MY RACE, BLACK

       B.   PRIMA FACIE ALLEGATIONS
          1. My race is black.

          2. My job performance as lease associate meets Respondent's expectations. I was hired on April 10, 2012.

Charge Number: ___F2992
Complainant: *Nathan Doss*
Page 3 of 3

    3. On May 16, 2014, I was again harassed by Kelvin Walsh (non-black), General Manager, who reprimanded me in public for calling an ambulance for an ill employee.

    4. Similarly situated non-black employees were not treated in this manner.

V.  A.    ISSUE/BASIS
          HARASSMENT – MAY 16, 2014, BECAUSE OF MY SEX, MALE

    B.    PRIMA FACIE ALLEGATIONS
          1. My sex is male.

          2. My job performance as lease associate meets Respondent's expectations. I was hired on April 10, 2012.

          3. On May 16, 2014, I was again harassed by Kelvin Walsh (male), General Manager, who reprimanded me in public for calling an ambulance for an ill employee.

          4. Similarly situated female employees were not treated in this manner.

MFP/RCG/mfp