IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NATHAN E. DOSS, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No.:   15-cv-02287-CSB-EIL |
| | ) | |
| v. | ) | |
| | ) | |
| KENCO LOGISTIC SERVICES, LLC, | ) | |
| et. al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**DEFENDANT MARS INCORPORATED'S
MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b)**

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendant Mars, Incorporated, by its undersigned counsel, moves for dismissal of the Plaintiff's Complaint in its entirety with prejudice. The reasons supporting this Motion are set forth in the Accompanying Memorandum in Support.

Respectfully submitted,

S/ Kimberly J. Overbaugh
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
Harry R. Harmon, Esq. PA #25342
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236

Attorneys for Defendant,
Mars, Incorporated

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein in this matter, certify that on March 22, 2016 the aforementioned Defendant Mars, Incorporated's Motion to Dismiss the Complaint under Rule 12(b) was filed using the CM/ECF system, and certifies that a copy of same was served to Plaintiff at the below address via first-class regular mail and certified mail/return receipt requested:

>Nathan E. Doss
>1124 Abbot Lane
>University Park, IL  60484

>S/ Kimberly J. Overbaugh
>Kimberly J. Overbaugh, Esq.
>Harry R. Harmon, Esq.
>Thomas R. Davies, Esq.
>HARMON & DAVIES, P.C.
>2306 Columbia Ave.
>Lancaster, PA 17603
>Tel. (717) 291-2236
>Fax (717) 291-2236