E-FILED
Friday, 01 April, 2016  01:59:27 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br># 14W0521.06 | ☒ IDHR<br><br>☐ EEOC | 2014CF2992 |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Mr. Nathan Doss | TELEPHONE NUMBER (include area code)<br><br>(708) 534-0536 | |
|---|---|---|
| STREET ADDRESS<br><br>1124 Abbot Lane | CITY, STATE AND ZIP CODE<br><br>University Park, Illinois 60484 | DATE OF BIRTH<br>/  /<br>M D   YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Kenco Logistic Services | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br><br>(815) 468-9999 | |
|---|---|---|---|
| STREET ADDRESS<br><br>1125 Sycamore Street | CITY, STATE AND ZIP CODE<br><br>Manteno, Illinois 60950 | | COUNTY<br><br>Kankakee |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Retaliation    Race    Sex | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>5/8/14        5/16/14<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**I.  A.   ISSUE/BASIS**

      HARASSMENT – MAY 8, 2014, BECAUSE OF MY RACE, BLACK.

   **B.   PRIMA FACIE ALLEGATIONS**
     1.  My race is black.

     2.  My job performance as lead associate meets Respondent's expectations.  I was hired on April 10, 2012.

Page 1 of 3

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 21st DAY OF May , 2014.<br><br>_____<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>RAQUEL C GUERRA<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:05/17/16<br><br>NOTARY STAMP | X _____  5-21-14<br>SIGNATURE OF COMPLAINANT      DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)



Charge Number: [illegible] F2992
Complainant: Nathan Doss
Page 2 of 3

    3. On May 8, 2014, I was harassed by Kelvin Walsh (non-black), General Manager, who reprimanded me in a hostile derogatory demeaning manner while he addressed me about my work schedule.

    4. Similarly situated non-black employees were not treated in this manner.

**II.**    **A.**    **ISSUE/BASIS**
HARASSMENT – MAY 8, 2014, BECAUSE OF MY SEX, MALE

     **B.**    **PRIMA FACIE ALLEGATIONS**
    1. My sex is male.

    2. My job performance as lead associate meets Respondent's expectations. I was hired on April 10, 2012.

    3. On May 8, 2014, I was harassed by Kelvin Walsh (male), General Manager, who reprimanded me in a hostile derogatory demeaning manner while he addressed me about my work schedule.

    4. Similarly situated female employees were not treated in this manner.

**III.**    **A.**    **ISSUE/BASIS**
HARASSMENT – MAY 16, 2014, IN RETALIATION FOR FILING AN EARLIER DISCRIMINATION CHARGE

     **B.**    **PRIMA FACIE ALLEGATIONS**
    1. On May 7, 2014, I filed charge #2014CF2858, against Respondent with the Illinois Department of Human Rights.

    2. On May 16, 2014, I was again harassed by Kelvin Walsh, General Manager, who reprimanded me in public for calling an ambulance for an ill employee.

    3. The harassment followed the filing of my discrimination charge within such a period of time as to raise an inference of retaliatory motivation.

**IV.**    **A.**    **ISSUE/BASIS**
HARASSMENT – MAY 16, 2014, BECAUSE OF MY RACE, BLACK

     **B.**    **PRIMA FACIE ALLEGATIONS**
    1. My race is black.

    2. My job performance as lease associate meets Respondent's expectations. I was hired on April 10, 2012.

Charge Number: ⬤⬤F2992
*Complainant: Nathan Doss*
Page 3 of 3



    3. On May 16, 2014, I was again harassed by Kelvin Walsh (non-black), General Manager, who reprimanded me in public for calling an ambulance for an ill employee.

    4. Similarly situated non-black employees were not treated in this manner.

V.   A.   **ISSUE/BASIS**
          HARASSMENT – MAY 16, 2014, BECAUSE OF MY SEX, MALE

     B.   **PRIMA FACIE ALLEGATIONS**
        1. My sex is male.

        2. My job performance as lease associate meets Respondent's expectations. I was hired on April 10, 2012.

        3. On May 16, 2014, I was again harassed by Kelvin Walsh (male), General Manager, who reprimanded me in public for calling an ambulance for an ill employee.

        4. Similarly situated female employees were not treated in this manner.

MFP/RCG/mfp