# EXHIBIT C

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.<br>#14W0529.06 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2014CF3057 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.)<br><br>Mr. Nathan Doss | | TELEPHONE NUMBER (include area code)<br><br>(708) 534-0536 | |
|---|---|---|---|
| STREET ADDRESS<br><br>1124 Abbot Lane | CITY, STATE AND ZIP CODE<br><br>University Park, Illinois 60484 | DATE OF BIRTH<br>/ /<br>M D YEAR | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Kenco Logistics Services | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br><br>(815) 468-9999 | |
|---|---|---|---|
| STREET ADDRESS<br><br>1125 Sycamore Street | CITY, STATE AND ZIP CODE<br><br>Manteno, Illinois 60950 | | COUNTY<br><br>Kankakee |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br><br>5/22/14                       5/24/14<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – MAY 22, 2014 AND MAY 24, 2014, IN RETALIATION FOR FILING EARILER DISCRIMINATION CHARGE

B.  PRIMA FACIE
1. On May 7, 2014, I filed charge#2014CF2858 against Respondent with the Illinois Department of Human Rights.

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 29 DAY OF May , 2014.<br><br>_Jacquelyn Turner Hamb_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JACQUELYN TURNER HAMB<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/12/17<br><br>NOTARY STAMP | X _[signature]_                                      5·29·14<br>SIGNATURE OF COMPLAINANT            DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 2013F3057
Complainant: Nathan Doss
Page 2 of 2

3. On May 22, 2014 and May 24, 2014, I was subjected to unequal terms and conditions of employment by Mike Manzello, Operations Manager and Kelvin Walsh, General Manager. They made me use my PTO hours in order to give me a 40 hour work week. On May 24, 2014, they told me to clock out and return to work at 3.00 p.m. that same afternoon.

4. The negative employment actions followed my filing an earlier discrimination charge within such a period of time as to raise an inference of retaliatory motivation.

MFP/TFR/mfp