# EXHIBIT D

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#15W0731.07 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2015CF0310 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) | |
|---|---|---|---|
| Mr. Nathan Doss | | (708) 534-0536 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | DATE OF BIRTH / / M D YEAR |
| 1124 Abbot Lane | University Park, IL 60484 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Kenco Logistics | | (815) 468-9999 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1125 Sycamore Street | Manteno, IL 60950 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation | 06/03/2014 08/07/2014<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. **ISSUE/BASIS**

HARASSMENT – JUNE 3, 2014 THROUGH JULY 7, 2014, IN RETALIATION FOR FILING PREVIOUS DISCRIMINATION CHARGES

B. **PRIMA FACIE ALLEGATIONS**

1. On May 7, 2014, I filed charge 2014CF2858, on May 21, 2014, I filed charge 2014CF2992 and on May 29, 2014, I filed charge 2014CF3057. On June 9, 2014, I filed charge number 2014CF3161, against Respondent with the Illinois Department of Human Rights.

Page 1 of 3

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 12th DAY OF August, 2014<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>RAQUEL C GUERRA<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:05/17/16<br>NOTARY STAMP | X _____ 8.12.14<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 201...
Complainant: Nathan Doss
Page 2 of 3

2. I began my employment with Respondent on April 12, 2012. My work performance as a lead associate in the warehouse meets Respondent's legitimate expectations.

3. From June 3, 2014 until July 7, 2014, I have been harassed in Respondent's workplace by Valerie Lillie, Safety Coordinator and Paula Hise, Vice President Operations, in that:

   a. On June 3, 2014, during a shift meeting Hise stated that the termination of Kelvin Walsh former, General Manager, was necessary but losing him was a great loss because he was a great employee. I felt I was being harassed because Walsh was discharged based on my previous discrimination charge.

   b. On June 30, 2014, I reported Karl Meyer, Freight Coordinator, for safety violation to Stacy Bushey, Supervisor and David Jubilee, General Manager. Instead of Bushey disciplining Meyer, she informed him that I wrote him up for safety violations, creating a hostile work environment for me. Jubilee said that I needed a witness before he could take any discipline action towards Meyer.

   c. On July 2, 2014, I instructed Pete Monticello, Floor Associate, to complete a specific task in the drop zone. Monticello hung around for 10 minutes, switched equipment and then asked Scott (last name unknown), Lead, if it was alright for him to do the work. When I asked Monticello if he was confused about the task, he began to argue with me.

   d. On July 7, 2014, I requested a copy of the Standard Operating Procedures (SOP), from Valerie Lillie, Safety Coordinator, and she instructed me to get it myself. However, when David Jubilee, General Manager, requested a copy Lillie provided him with a copy right away.

4. I have reported the harassment repeatedly to management and nothing is done to ensure me a workplace free of harassment. The harassment has created a hostile, intimidating and uncomfortable work environment which substantially interferes with my ability to perform my job.

5. The adverse action followed the filing of my previous charges within such a period of time as to raise an inference of retaliatory motivation.

Charge Number: 201▓▓0310
Complainant: Nathan Doss
Page 3 of 3

II.  A.  ISSUE/BASIS

SUSPENSION – AUGUST 7, 2014, IN RETALIATION FOR FILING PREVIOUS DISCRIMINATION CHARGES

B.  PRIMA FACIE ALLEGATIONS

1. On May 7, 2014, I filed charge 2014CF2858, on May 21, 2014, I filed charge 2014CF2992 and on May 29, 2014, I filed charge 2014CF3057. On June 9, 2014, I filed charge number 2014CF3161, against Respondent with the Illinois Department of Human Rights.

2. On August 7, 2014, I was suspended pending investigation. The reason given by David Jabalay, General Manager, was for being insubordinate towards Saul Beck, Third Shift Supervisor.

3. The adverse action followed the filing of my previous charges within such a period of time as to raise an inference of retaliatory motivation.

MEE/TFR