# EXHIBIT E

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.  #15W0904.09 | ☒ IDHR  ☐ EEOC | 2015CF0822 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) | |
|---|---|---|
| Mr. Nathan Doss | (708) 534-0536 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH  //  M D YEAR |
| 1124 Abbot Lane | University Park, IL 60484 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Kenco Logistic Services | 15+ | (815) 468-9999 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1125 Sycamore Street | Manteno, IL 60950 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation | 8/19/14    9/3/14  ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS
HARASSMENT – AUGUST 19, 2014 AND SEPTEMBER 3, 2014, IN RETALIATION FOR FILING PREVIOUS DISCRIMINATION CHARAGES

B.  PRIMA FACIE ALLEGATIONS
1. On May 7, 2014, I filed charge#2014CF2858 on May 21, 2014, I filed charge #2014CF2992, on May 29, 2014, I filed charge #2014CF3057 on June 9, 2014, I filed charge #2014CF3161 and on August 12, 2014, I filed charge#2015CF0310.

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 3rd DAY OF October, 2014.

Donna M. Evans
NOTARY SIGNATURE

X _____  10.3.14
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

OFFICIAL SEAL
DONNA M EVANS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/03/18
NOTARY STAMP

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 2015____822
Complainant: Nathan Doss
Page 2 of 2

2. On August 19, 2014, I was harassed by Valerie Lillie, Safety Coordinator, who took a picture of me per David Jabaley, Acting General Manager as proof to accuse me of violating Respondent's dress code policy. On September 3, 2014, I was again harassed when I was accused of sleeping on the job.

3. The negative employment action followed the filing of my previous discrimination charges within such a period of time as to raise an inference of retaliatory motivation.

MFP/RCG/amm