IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NATHAN E. DOSS, | ) |
| | ) |
| PLAINTIFF, | ) Case No.:  15-cv-02287-CSB-EIL |
| | ) |
| v. | ) |
| | ) |
| KENCO LOGISTIC SERVICES, LLC, | ) |
| et. al., | ) |
| | ) |
| DEFENDANTS. | ) |

### DEFENDANT MARS INCORPORATED'S
### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Mars, Incorporated, by its undersigned counsel, moves for dismissal of the Plaintiff's Complaint in its entirety with prejudice, pursuant to Fed. R. Civ. P. 12(b).  In support thereof, Defendant states as follows:

1.	Plaintiff, Nathan Doss ("Doss") filed a Complaint against Mars, Inc. ("Mars") and others on December 7, 2015.  (ECF #1)  Doss' Complaint contained five causes of action: (I) disparate treatment on the basis of race under Title VII; (II) intentional infliction of emotional distress; (III) misrepresentation; (IV) retaliation under Title VII; and (V) hostile work environment due to his race.  *Id*.

2.	On March 22, 2016, Mars filed a Motion to Dismiss Doss' Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b).  (ECF #16)

3.	Doss filed a Motion for Leave to File an Amended Complaint on April 4, 2016. (ECF #24)  In his filing, Doss acknowledged that the Amended Complaint was identical to his previously filing aside from the addition of six (6) new individual defendants.  *Id*.  Doss' motion was granted on April 5, 2016, with his Amended Complaint filed that same day. (ECF# 26)

2

4.  Given that, aside from the addition of various individual defendants, Doss' Amended Complaint is identical to the original Complaint filed in this matter, Mars responds to the Amended Complaint by renewing the arguments made in its previously filed Motion to Dismiss and Memorandum in Support.  (ECF #s 16 & 17)  Mars requests that this Court dismiss Doss' Amended Complaint in its entirety, with prejudice, pursuant to Rule 12(b).  Mars incorporates by reference all of the arguments made in its initial Motion to Dismiss and Memorandum in Support as though fully set forth herein.

## CONCLUSION

WHEREFORE, for all the reasons stated above, Defendant, Mars, Incorporated, respectfully requests that this Court enter an order dismissing Counts I through V of Plaintiff's Amended Complaint, with prejudice, and for any additional relief deemed just and appropriate.

Respectfully submitted,

Dated: April 25, 2016

S/ Kimberly J. Overbaugh
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
Harry R. Harmon, Esq. PA #25342
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236

Attorneys for Defendant,
Mars, Incorporated

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys of record herein in this matter, certify that on April 25, 2016 the aforementioned Defendant Mars, Incorporated's Motion to Dismiss the Amended Complaint was filed using the CM/ECF system, and certifies that a copy of same was served to Plaintiff at the below address via first-class regular mail and certified mail/return receipt requested:

      Nathan E. Doss
      1124 Abbot Lane
      University Park, IL  60484

      S/ Kimberly J. Overbaugh
      Kimberly J. Overbaugh, Esq.
      Harry R. Harmon, Esq.
      Thomas R. Davies, Esq.
      HARMON & DAVIES, P.C.
      2306 Columbia Ave.
      Lancaster, PA 17603
      Tel. (717) 291-2236
      Fax (717) 291-2236