IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NATHAN DOSS, | ) |
| | ) |
| PLAINTIFF, | ) Case No.:   15-cv-02287-CSB-EIL |
| | ) |
| v. | ) |
| | ) |
| KENCO LOGISTIC SERVICES, LLC, | ) |
| et. al., | ) |
| | ) |
| DEFENDANTS. | ) |

**DEFENDANT MARS INCORPORATED'S**
**PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**
**UNDER RULE 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Mars, Incorporated, by its undersigned counsel, moves for partial dismissal of Plaintiff's Second Amended Complaint.  (ECF #45)  Mars seeks dismissal of Plaintiff's claim for Obstruction of Justice with prejudice.  The reasons supporting this Motion are set forth in the accompanying Memorandum in Support.  With the exception of Plaintiff's claim under 42 U.S.C. §1981, the other claims included in Plaintiff's Second Amended Complaint (ECF #45) were previously dismissed by this Court on June 20, 2016.  (ECF #44)

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: 9/15/2016 | S/ Kimberly J. Overbaugh |
|  | Kimberly J. Overbaugh, Esq. PA #85610 |
|  | Thomas R. Davies, Esq. PA #35260 |
|  | Harry R. Harmon, Esq. PA #25342 |
|  | HARMON & DAVIES, P.C. |
|  | 2306 Columbia Ave. |
|  | Lancaster, PA 17603 |
|  | Tel. (717) 291-2236 |
|  | Fax (717) 291-2236 |
|  | Attorneys for Defendant, |
|  | Mars, Incorporated |