IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
SEP 21 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

NATHAN E. DOSS )
)
)
)
PLAINTIFF, )
)
VS. ) CASE No. 15-cv-02287-CSB-EIL
)
KENCO LOGISTIC SERVICES, LLC, et al. )
)
DEFENDANTS. )

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

Plaintiff(s), Nathan E. Doss, requests that entry of judgment by default be entered against defendant MARS, Inc. pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff(s) relies upon the record in this case and the affidavit submitted herein.

Dated this ~~19~~ 20th day of, September 2016.

X _____
Nathan E. Doss
1124 Abbot Lane
University Park, IL 60461
708.534.0536

STATE OF ILLINOIS, COUNTY OF Cook
SUBSCRIBED AND SWORN TO before me
this 20th day of Sept, 2016.

_____
Notary Public

"OFFICIAL SEAL"
J. MORALEZ
Notary Public, State of Illinois
My Commission Expires July 23, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

NATHAN E. DOSS                    )
                                  )
                                  )
                                  )
            PLAINTIFF,             )
                                  )
VS.                               )   CASE No.  15-cv-02287-CSB-EIL
                                  )
KENCO LOGISTIC SERVICES, LLC, et al. )
                                  )
            DEFENDANTS.            )

## CERTIFICATE OF SERVICE

The undersigned, Nathan E. Doss, hereby certifies that on this 19th day of September, 2016, he caused a copy of the foregoing a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default has been served on all counsel of the record through a Notice of Electronic Filing generated by the Court's CM/ECF system on this 20th [~~19th~~] day of September, 2016.

Nathan E. Doss

STATE OF ILLINOIS, COUNTY OF Cook
SUBSCRIBED AND SWORN TO before me this 20th day of Sept, 2016.

Notary Public

"OFFICIAL SEAL"
J. MORALEZ
Notary Public, State of Illinois
My Commission Expires July 23, 2018