IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED

SEP 21 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| NATHAN E. DOSS | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE No. 15-cv-02287-CSB-EIL |
| | ) |
| KENCO LOGISTIC SERVICES, LLC, et al. | ) |
| | ) |
| DEFENDANTS. | ) |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, Nathan E. Doss, being duly sworn, state as follows:

1.  I am the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2.  The summons and complaint were served upon the defendant(s) on March 1, 2016.

3.  An order was entered from the court relative to Defendant's motion to dismiss on May 3, 2016.

4.  An answer to the complaint was due on or about July 5, 2016. No response was served within the time allowed by law nor have the defendant sought additional time within which to respond.

5.  The default of defendant was entered on September 19, 2016.

6.  As required by the Service members Civil Relief Act of 2003, I have confirmed that the defendant(s) is (are) not currently in active military service.

7. To my best information and belief, defendant(s) is (are) not an infant or incompetent person.

8. The claim of the plaintiff(s) is for:

WHEREFORE, Plaintiff NATHAN E. DOSS prays for judgment as follows:

A. A declaratory judgment that Defendant MARS, violated Doss' right to be free from discrimination in the workplace pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000e et seq.; the Civil Rights Act of 1866, as amended by the Civil Rights Act of 1991, 42 U.S.C. §1981, 42 U.S.C. §1981A, and §1985, 42 U.S.C.

B. The entry of an injunction ordering Defendant MARS, INC. to make DOSS whole with full back pay, benefits and front pay.

C. An award to DOSS for compensatory damages in an amount to be shown for past and future economic and non-economic losses, including extreme emotional distress and mental anguish, impairment of the quality of life; and consequential loses;

D. An award to DOSS for exemplary and/or punitive damages in excess of 7M or at the discretion of the judge;

E. An award to DOSS of reasonable attorneys' fees and costs, including but not limited to expert witness fees, as provide in Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§2000e-5(k), 42 U.S.C. §1981A, 42 U.S.C.§1988, as well as, any other applicable code or statue provided by law;

F.  An award of interests on any awards at the highest rate allowed by law;

G.  Be given a Positive Hire Status;

H.  Be given Positive Job References;

I.  Have his Applicable Taxes Paid, such as but not limited to: State, Federal, FICA, etc...;

J.  Be given Any Benefits (Insurance), 401K, Bonuses, etc... commensurate with the back and forward pay;

K.  Dissipated Retirement monies reimbursed;

L.  Consent Decree to higher minorities, including, but not limited to: women and African Americans, in lower to mid-level management and other upper level; including C-Suite positions;

M.  Consent Decree to create viable management trainee programs, specifically for minorities, including, but not limited to: women and African Americans, inclusive of higher education, with accountability to include a viable number of African American men and women;

N.  Investment in underserved and underprivileged inner city communities;

      A.  After school programs
      B.  Community Centers
      C.  Fine Arts
      D.  Community Kitchens

O. Trust fund for the heirs of Scott Marksteiner equivalent to 25% of Plaintiff's total damages;

P. Diversity and sensitivity training for all employees;

Q. Reformation of Employee Relations;

R. A letter of apology and;

S. Such other and further relief as this Court deems just and appropriate.

Nathan E. Doss

Sworn to and subscribed before me this ~~19th~~ 20th day of September, 2016.

Notary Public

My Commission Expires: 7/23/2018

"OFFICIAL SEAL"
J. MORALEZ
Notary Public, State of Illinois
My Commission Expires July 23, 2018