IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NATHAN E. DOSS | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE No. 15-cv-02287-CSB-EIL |
| | ) | |
| KENCO LOGISTIC SERVICES, LLC, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANTS MOTION TO DISMISS

**NOW COMES** Plaintiff, ("Plaintiff') pro se, and requests that he be allowed to extend the time to answer DEFENDANT's Motion to Dismiss and for his good cause shown in support of his motion Plaintiff states the following; THAT:

1. Plaintiff filed this matter to preserve his rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission.

2. Plaintiff believes DEFENDANT KENCO LOGISTICS is liable.

3. DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to manage its Mars-Manteno facility and its employees in 2013.

4. Plaintiff hereby requests and additional fourteen (14) days to answer Defendants Motions.

5. This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant him leave for an extension of time to adequately answer DEFENDANT's Motion.

Respectfully submitted,

By: _____
Pro Se
NATHAN E. DOSS
1124 Abbot Lane
University Park, IL 60461
708.534.0536

## CERTIFICATE OF SERVICE

Please take notice that on October 3, 2016, I, NATHAN E. DOSS, hereby, certify that I did file a MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02287-CSB-EIL and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system on this,

Pro Se
NATHAN E. DOSS
1124 Abbot Lane
University Park, IL 60461
708.534.0536