# EXHIBIT B

## Mason, Jody Kahn (Chicago)

| | |
|---|---|
| From: | Mason, Jody Kahn (Chicago) |
| Sent: | Tuesday, November 29, 2016 11:22 AM |
| To: | aimgame497@gmail.com |
| Cc: | tdavies@h-dlaw.com; koverbaugh@h-dlaw.com; Moran, Jody Wilner (Chicago) |
| Subject: | Doss v. Kenco, et al. |

Mr. Doss,

On October 4, 2016, Defendants Kenco Logistics, Tammi Fowler, Valerie Lillie, Kelvin Walsh, David Jabaley and Mario Lopez served you with interrogatories and requests for production. To date, we have not yet received your responses, which are nearly a month overdue. Please let me know as soon as possible when we can expect to receive your responses.

Additionally, we previously issued a notice for your deposition to take place in this matter on December 14, 2016. Because we have not yet received your responses to our written discovery requests, we will not be able to proceed with your deposition as currently scheduled. We will plan to issue an amended deposition notice after we receive your written discovery responses.

Should you have any questions or wish to discuss further, please do not hesitate to let me know. I look forward to hearing back from you soon.

Regards,

Jody

**Jody Kahn Mason**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2535 | Main: (312) 787-4949
Jody.Mason@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.*

1