# EXHIBIT E

## Mason, Jody Kahn (Chicago)

| | |
|---|---|
| **From:** | malik wright <aimgame497@gmail.com> |
| **Sent:** | Tuesday, December 20, 2016 4:46 AM |
| **To:** | Mason, Jody Kahn (Chicago) |
| **Subject:** | Re: Doss v. Kenco, et al. |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Ms. Mason,

Thank you for allowing me the time to get the requested documentation. Understand my inability to meet these numerous deadlines is not due to a lack of respect to you and your firm or the case itself, its due to inexperience. I was supposed to have an attorney representing me in this case but that person turned out to be a bust. So I am doing the best that I can with the limited resources that I have. There has been documentation that, over the past several months, I hadn't received making it difficult to respond in a timely manner. In our last phone conversation, I stated that I can try and respond with the necessary documents within a week, unfortunately I am unable to meet that deadline. May I have 30 days to address this? I don't believe I will need the full 30 days, but just to be on the safe side. I'll be awaiting your response.

Thanks,

Nathan Doss


On Tue, Nov 29, 2016 at 11:21 AM, Mason, Jody Kahn (Chicago) <Jody.Mason@jacksonlewis.com> wrote:

Mr. Doss,


On October 4, 2016, Defendants Kenco Logistics, Tammi Fowler, Valerie Lillie, Kelvin Walsh, David Jabaley and Mario Lopez served you with interrogatories and requests for production. To date, we have not yet received your responses, which are nearly a month overdue. Please let me know as soon as possible when we can expect to receive your responses.


Additionally, we previously issued a notice for your deposition to take place in this matter on December 14, 2016. Because we have not yet received your responses to our written discovery requests, we will not be able to proceed with your deposition as currently scheduled. We will plan to issue an amended deposition notice after we receive your written discovery responses.


Should you have any questions or wish to discuss further, please do not hesitate to let me know. I look forward to hearing back from you soon.

1

Regards,

Jody

**Jody Kahn Mason**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2535 | Main: (312) 787-4949
Jody.Mason@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.