# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

NATHAN E. DOSS,

    Plaintiff,

v.                                       Case No. 15-2287

KENCO LOGISTIC SERVICES, LLC,
et al.,

    Defendants.

## ORDER

       This matter is before the Court on Defendants' Motion to Compel Plaintiff's Responses to Written Discovery (#69). Plaintiff did not answer the motion or object in any way. Therefore, Pursuant to Local Rule 7.1(B)(2), the Court will presume there is no opposition to the Motion, and Defendants' Motion to Compel Plaintiff's Responses to Written Discovery (#69) is GRANTED. Plaintiff is ordered to comply with Defendants' outstanding discovery requests in full no later than 5:00 p.m. on January 25, 2017.

       Federal Rule of Civil Procedure 37 lists a number of sanctions that are available to the Court if a party fails to comply with a court order. Plaintiff should be aware that these sanctions include the potential for dismissal of this lawsuit and monetary sanctions if he fails to comply with this Order.

       Plaintiff's participation in this case (or lack thereof) is also troubling. First, today, January 11, 2017, the Court attempted to contact Plaintiff for a status conference. He was unavailable. This was not the first time. On December 20, 2016, Plaintiff also did not appear as scheduled at a status conference. Like before, the Court rescheduled the conference call due to Plaintiff's unavailability.

       Second, Mr. Doss does not appear to be preparing his own pleadings. Mr. Doss is *pro se*. Yet, Mr. Doss has filed a number of pleadings that parallel, and sometimes mirror

exactly, the same filings from another case by another plaintiff. On January 6, 2017, Plaintiff filed a Motion for Extension of Time to Submit Expert Witness(es)" (#70). This motion was identical in every respect, except the signature line, to a motion filed by two other *pro se* litigants against the same named defendants. It used the exact same words and was prepared using the exact same font. Moreover, this motion was filed at the same time and on the same date as the motions filed in the other cases. Indeed, another *pro se* litigant brought Plaintiff's motion to the Court and filed it on Plaintiff's behalf.

It is illegal in Illinois and against this Court's Local Rules to practice law without a law license. *See* 705 ILCS 205/1 and L.R. 83.5(G). There are significant consequences for this, and the Court believes that a litigant, like Mr. Doss, who knowingly allows a non-lawyer to represent him, is also subject to sanctions and other penalties for this behavior.

Over the past few months, it has become apparent to the Court that Mr. Doss is not interested in pursuing this case. He has failed to comply with discovery, he does not appear at Court hearings, and he has only participated to the extent another litigant and non-lawyer has done the work for him. Accordingly, Plaintiff is ordered to show cause no later than 5:00 p.m. on January 25, 2017 why this case should not be dismissed for want of prosecution.

ENTERED this 11th day of January, 2017.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE