IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NATHAN E. DOSS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 15-cv-2287 |
| v. | ) Judge Colin Stirling Bruce |
| | ) Magistrate Judge Eric I. Long |
| KENCO LOGISTIC SERVICES, LLC, et al. | ) |
| | ) |
| **Defendants.** | ) |

**<u>DEFENDANTS KENCO LOGISTIC SERVICES, LLC, VALERIE LILLEY, KELVIN WALSH, TAMMI FOWLER, MARIO LOPEZ AND DAVID JABALEY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND REQUEST FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT</u>**

Defendants Kenco Logistics Services ("Kenco"), Kelvin Walsh ("Walsh"), Tammi Fowler ("Fowler"), Mario Lopez ("Lopez"), Valerie Lilley ("Lilley") and David Jabaley ("Jabaley") (collectively "Defendants"), by and through their attorneys, Jody Wilner Moran and Jody Kahn Mason of Jackson Lewis, P.C. hereby request that this Court deny Plaintiff's motion for leave to file an amended complaint (Dkt. No. 73). Walsh, Fowler, Lopez, Lilley, and Jabaley (collectively the "Individual Defendants") further move for an extension of time in which to answer or otherwise plead to Plaintiff's Second Amended Complaint. In support of this motion, Defendants state as follows:

1.  On December 7, 2015, Plaintiff filed a Complaint against Kenco and Mars, Inc. (*See Dkt. No. 1*). Plaintiff's Complaint contained five causes of action: (I) disparate treatment due to his race under Title VII; (II) intentional infliction of emotional distress; (III) misrepresentation; (IV) retaliation under Title VII; and (V) hostile work environment due to his

race. *Id.* Kenco filed a Partial Motion to Dismiss Counts I through IV of Plaintiff's Complaint pursuant to federal Rule of Civil Procedure 12(b)(6) on April 1, 2016. (*See Dkt. No. 21*).

2.  Three days after Kenco moved to dismiss Plaintiff's original complaint, Plaintiff filed a Motion for Leave to File an Amended Complaint to add Lilley, Walsh, Fowler, Lopez, Jabaley and Mike Manzello as individual defendants.[1] (*See Dkt. No. 22*). Plaintiff's motion was granted on April 5, 2016, and his Amended Complaint was filed *instanter*. (*See April 5, 2016 Order; Dkt. No. 26*). On April 22, 2016, Kenco again moved to dismiss Plaintiff's First Amended Complaint. (*See Dkt. No. 29*). On June 20, 2016, this Court entered an order granting in part and denying in part Kenco's motion to dismiss. *(See Dkt. No. 44).*

3.  On April 26, 2016, this Court entered a scheduling order in this matter pursuant to Federal Rule of Civil Procedure 16(b). (*See Dkt. No. 33*). In the order, this Court noted that any amended pleadings should be filed by June 30, 2016. *Id.* This matter is currently set for trial on November 7, 2017. *Id.*

4.  On June 30, 2016, Plaintiff filed a motion for leave to file a Second Amended Complaint. *(See Dkt. No. 45).* Plaintiff's Second Amended Complaint was 383 numbered paragraphs (not including multiple subparagraphs), was 79 pages long, and contained six causes of action: (I) disparate treatment based on race under Title VII; (II) intentional infliction of emotional distress; (III) misrepresentation; (IV) retaliation; (V) hostile work environment based on race; and (VI) obstruction of justice. *(See* Dkt. No. 45*).* However, on July 25, 2016, this Court entered an order indicating that it had previously dismissed Count II (intentional infliction of emotional distress) and Count III (misrepresentation) against all Defendants. *(See Dkt. No. 48).* Thus, this Court struck Counts II and III of Plaintiff's Second Amended Complaint. *See id.*

---

[1]   Although Mike Manzello was named as an individual defendant by Plaintiff in his Second Amended Complaint, at the time of filing this response, Manzello has not yet been served by Plaintiff.

5. On September 15, 2016, Kenco filed its Answer and Defenses to Plaintiff's Second Amended Complaint. (*See Dkt. No.* 57). The Individual Defendants filed a Partial Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rule 12(b)(6). (*See Dkt. No.* 56). Kenco joined the Individual Defendants' request to dismiss Plaintiff's claim for obstruction of justice. *See id.*

6. On October 21, 2016, Plaintiff filed a motion seeking leave to file a "consolidated amended complaint." (*See Dkt. No. 63*). In his motion, Plaintiff stated that he received his ninth Right to Sue letter from the EEOC on or about October 17, 2016. *Id.* at ¶ 4. Although Plaintiff did not attach a copy of his proposed amended complaint to his motion for leave to file, he claimed that he was seeking to add an additional claim under Title VII, as well as claims pursuant to 42 U.S.C. 1983 and 1985 "seeking enforcement of federal civil rights statutes against Defendants, Kenco Logistics and MARS, Inc." *Id.* at ¶ 5.

7. Defendants filed a Response in Opposition to Plaintiff's Motion for Leave to File Consolidated Amended Complaint on October 28, 2016, noting that the deadline for filing amended pleadings had passed on June 30, 2016. (*See Dkt. No. 64*). On November 11, 2016, this Court denied Plaintiff's motion for Leave to File Consolidated Amended Complaint, noting that Plaintiff had failed to show "good cause" for his failure to amend his complaint after the expiration of the Court's Scheduling Order deadline to amend the pleadings. (*See Dkt. No. 67*).

8. On January 9, 2017, Judge Bruce entered an order granting the motion to dismiss filed by the Individual Defendants, noting that only Plaintiff's § 1981 claim survives as to the Individual Defendants. (*See Dkt. No. 71*).

9. Two days later, on January 11, 2017, the Court issued an order granting Defendants' motion to compel Plaintiff's responses to Defendants' written discovery requests and

ordering Plaintiff to show cause no later than 5:00 p.m. on January 25, 2017 as to why this case should not be dismissed for want of prosecution. (*See Dkt. No. 72*).

10. On January 17, Plaintiff filed a motion purportedly seeking leave to file an amended complaint. (*See Dkt. No. 73*). The proposed amended complaint tendered by Plaintiff is 101 pages long and appears to add a number of new defendants, including Jay Elliott, Lori Varvel, Stacey Bushey, Paula Hise, Dan Dey, Russel Schippits, Melissa Hansen, John Detwiler, IDHR & IDHR Staff, Office of The Executive Inspector General-III and unknown "Kenco Co-Conspirators" Mike Manzello and Valerie Lillie. (*See id.*) As an exhibit to his filing, Plaintiff included summons for the issuance of his amended complaint. *(See id.)*

11. For the reasons previously articulated by Defendant in its Response in Opposition to Plaintiff's Motion for Leave to File Consolidated Amended Complaint that was filed on October 28, 2016, as well as this Court's order of November 11, 2016, Defendants object to Plaintiff's request for leave to file an amended complaint or add new parties to this litigation, as he has not shown good cause for his failure to do so prior to the June 30, 2016 deadline set by the Court. (*See Dkt. Nos. 64, 67*). As such, this Court should deny Plaintiff's most recent motion seeking leave to file an amended complaint in this matter.

12. It is unclear whether or how the Plaintiff's motion seeking leave to file an amended complaint impacts the deadline for the Individual Defendants to file their answer to the remaining counts of Plaintiff's Second Amended Complaint in light of Judge Bruce's order on Defendants' motion to dismiss, which was entered on January 9, 2016. However, out of an abundance of caution, the Individual Defendants seek an extension of time of 30 days, up to and including February 20, 2017, in which to file their answer to Plaintiff's Second Amended

4

Complaint, assuming that this Court does not grant Plaintiff's motion for leave to file his most recent proposed amended complaint.

WHEREFORE, Defendants, Kenco Logistic Services, Kelvin Walsh, Tammi Fowler, Mario Lopez, Valerie Lilley and David Jabaley, respectfully request that the Court deny Plaintiff's motion for leave to file an amended complaint. Further, should this Court deny Plaintiff's motion for leave to file an amended complaint, Defendants Kelvin Walsh, Tammi Fowler, Mario Lopez, Valerie Lilley and David Jabaley request that this Court grant their request for an extension of time to answer or otherwise plead in response to Plaintiff's Second Amended Complaint, up to and including February 20, 2016, as well as any additional relief deemed just and appropriate.

 Dated:   January 20, 2017                                  Respectfully submitted,

**KENCO LOGISTIC SERVICES, LLC, KELVIN WALSH, TAMMI FOWLER, MARIO LOPEZ, VALERIE LILLEY AND DAVID JABALEY**


By: /s/ Jody Kahn Mason_____
        One of their Attorneys

Jody Wilner Moran (ARDC No. 6186236)
MoranJ@jacksonlewis.com
Jody Kahn Mason (ARDC No. 6289872)
Jody.Mason@jacksonlewis.com
150 North Michigan Avenue
Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949

## CERTIFICATE OF SERVICE

I, Jody Kahn Mason, an attorney, hereby certify that on January 20, 2017, I electronically filed a copy of the foregoing **Defendants Kenco Logistic Services, Kelvin Walsh, Tammi Fowler, Mario Lopez, Valerie Lilley and David Jabaley's Response in Opposition to Plaintiff's Motion for Leave to File Amended Complaint and Request for Extension of Time to Answer or Otherwise Plead to Plaintiff's Second Amended Complaint** with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via U.S. Mail, to the following non-ECF participant:

> Nathan E. Doss (*pro se*)
> 1124 Abbot Lane
> University Park, IL 60484

and a filed copy of the foregoing will be served via CM/ECF system, which will send a notice of electronic filing to the following parties:

> Thomas R. Davies
> Harry Harmon
> Kimberly J. Overbaugh
> Harmon & Davies, P.C.
> 2306 Columbia Avenue
> Lancaster, PA 17603
> tdavies@h-dlaw.com
> rharmon@h-dlaw.com
> koverbaugh@h-dlaw.com

By: /s/ Jody Kahn Mason
One of the Attorneys for Defendants

4826-4051-4112, v. 1