IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

NATHAN E. DOSS )
)
)
)
PLAINTIFF, )
)
VS. ) CASE No. 15-cv-02287-CSB-EIL
)
KENCO LOGISTIC SERVICES, LLC, et al. )
)
DEFENDANTS. )

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL

**NOW COMES** Plaintiff, NATHAN E. DOSS ("Plaintiff") pro se, and responds to the Defendant's Motion to Compel and for his good cause shown in support of his response Plaintiff states the following; THAT:

1. Defendant tendered to Plaintiff the Discovery requests of December 14, 2016.
2. Plaintiff followed up with Defendant several times regarding the discovery tendered to Plaintiff.
3. Plaintiff repeatedly tried to speak with Defendant, but Defendant refused to respond to Plaintiff.
4. Plaintiff only received a partial request for Discovery from Defendant, as the exhibits and addendums were missing.
5. To date Defendant's counsel has not contacted Plaintiff regarding Plaintiff's queries.
6. Defendant prematurely filed a Motion to Compel on January 6, 2017.
7. After Defendant filed its premature Motion to Compel on January 6, 2017, Defendant received Plaintiff's discovery.

8. Plaintiff complied with tendering Defendant's request and any court orders to compel based upon Defendant's premature Motion to Compel filed on January 6, 2017, eight (8) days prior to the discovery being due.

9. Defendant did not raise objections to Plaintiff's discovery responses, nor did Defendant contact Plaintiff regarding Plaintiff's discovery responses since it filed its motion to compel on January 6, 2017.

10. Plaintiff only became aware of Defendant's alleged objections when Plaintiff received a notice of motion for sanctions on or about April 8, 2017.

11. It has been more than seventy five (75) days since Plaintiff tendered Defendant's discovery requests to Defendant.

12. Plaintiff thought there was a specified time in which an objection was to have been made.

13. Plaintiff does not believe that Defendant's objections were timely.

14. Plaintiff believes that this some type of contrived scheme to compensate for some misstep of Defendant.

15. It seems that Plaintiff is at an apparent disadvantage to Defendant's dissemination of written communication.

16. Plaintiff seemingly does not timely receive or does not receive Defendant's communications.

17. Plaintiff believes that Defendant intentionally delays and or hinders communications to Plaintiff in an attempt to frustrate Plaintiff and perhaps cause a misstep in the adjudication of the matters before the court.

18. This seems to be a persistent and ongoing pattern of practice.

19. Furthermore, Defendant's continue to refuse to contact Plaintiff regarding these matters prior to engaging the court.

20. Plaintiff's belief was that this is a collaborative effort and process between both parties.

21. Plaintiff believes that Defendant is being disingenuous and misleading to the court.

22. Plaintiff believes that Defendant is instigating friction and conflict and using the court to further its schemes.

23. Plaintiff has mailed to Defendant the updated responses.

**WHEREFORE,** for the foregoing reasons, Plaintiff requests that this Honorable Court deny Defendant's Motion to For Sanctions.

Respectfully submitted,
**NATHAN E. DOSS**

By: _____
Pro Se
NATHAN E. DOSS
1124 Abbot Lane
University Park, IL 60461
708.534.0536

## CERTIFICATE OF SERVICE

Please take notice that on April 21, 2017 I, NATHAN E. DOSS, hereby, certify that I did file a REPSONSE TO DEFENDANT'S MOTION For SANCTIONS with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02287-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

_____

Pro Se
NATHAN E. DOSS
1124 Abbot Lane
University Park, IL 60461
708.534.0536

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave
Lancaster, PA 17603

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601