IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NATHAN E. DOSS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-cv-2287 |
| | ) |
| KENCO LOGISTIC SERVICES, LLC, | ) Judge Colin Stirling Bruce |
| et. al. | ) Magistrate Judge Eric I. Long |
| | ) |
|       Defendants. | ) |

## DEFENDANTS' MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINE

Defendants, Kenco Logistics Services, LLC ("Kenco") Kelvin Walsh, Tammi Fowler, Mario Lopez, Valerie Lilley and David Jabaley, by and through their undersigned attorneys, for their Motion to Extend the Discovery and Dispositive Motion Deadlines by ninety days, state as follows:

1.  Discovery in this litigation is currently scheduled to close on May 15, 2017 and Dispositive Motions in this litigation are currently due on June 26, 2017 (Docket No. 33).

2.  Defendants have been diligently working to resolve numerous discovery issues which have resulted in the need for a Motion to Compel (Docket No. 69), an Order to Show Cause (Docket No. 72) and a Motion for Sanctions (Docket No. 80).

3.  Defendants received updated discovery responses from Plaintiff last week, on or about April 24, 2017.

4. In reviewing Plaintiff's supplemental discovery responses, Defendants have identified several discovery responses where Plaintiff continues to provide incomplete answers or no answer at all.

5. Counsel for Defendants sent an email communication to Plaintiff on May 2, 2017 in an effort to resolve the remaining discovery issues without additional motion practice and court involvement, and currently awaits a response from Plaintiff.

6. Defendants have not yet taken Plaintiff's deposition, due to the document production disputes that have been pending for several months.

7. Defendants expect to schedule Plaintiff's deposition for a mutually agreeable date in late June or July 2017 assuming Plaintiff promptly complies with outstanding discovery obligations and provides the remaining requested information and documents.

8. Defendants accordingly request that the discovery deadline be extended until August 15, 2017 and the dispositive motion extended until September 29, 2017 in order to allow for adequate completion of written discovery and Plaintiff's deposition.

9. Defendants do not object to the extension of any additional deadlines, including the trial date, if the Court anticipates that this extension will not be feasible within the current pre-trial and trial schedule.

10. Defendant Mars, Inc. is in agreement with this motion and joins the request for an extension of the dispositive motion deadline.

11. Defendants shared this motion with Plaintiff via email on May 4, 2017 but did not receive a response as of the time this motion is being filed.

12. This motion is made in good faith and not for purposes of any undue delay.

WHEREFORE, Defendants respectfully request that the Court extend the current discovery deadline of May 15, 2017 until August 15, 2017 and the June 26, 2017 dispositive motion deadline until September 29, 2017 in order to allow time for completion of written discovery and taking of Plaintiff's deposition, and extend any subsequent dates as necessary and grant such additional relief deemed just and appropriate.

Dated: May 5, 2017

KENCO LOGISTICS SERVICES, LLC, MARIO LOPEZ, TAMMI FOWLER, VALERIE LILLEY, KELVIN WALSH AND DAVID JABALEY

By: /s/ Jody Wilner Moran
   One of its Attorneys

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Jody Wilner Moran, an attorney, hereby certify that on May 5, 2017, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINE** with the Clerk of the Court using the CM/ECF system, and caused it to be mailed via electronic and U.S. Mail, postage pre-paid, and served upon:

>Nathan Doss (*pro se*)
>1124 Abbot Lane
>University Park, IL 60484
>Email: aimgame497@gmail.com

>By: /s/ Jody Wilner Moran
>One of the Attorneys for the Defendant