UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NATHAN E. DOSS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-CV-2287 |
| KENCO LOGISTIC SERVICES, LLC. et al., | ) |
| Defendants. | ) |

### ORDER

A Report and Recommendation (#82) was filed by Magistrate Judge Eric I. Long in the above cause on May 5, 2017. On May 22, 2017, Plaintiff, Nathan E. Doss, filed his Objection to Report and Recommendations (#85). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#82). This court agrees that Defendants' Motion for Rule 37 Sanctions should be GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#82) is accepted by this court. Defendants' Motion for Rule 37 Sanctions (#80) should be GRANTED in part and DENIED in part.

(2) Plaintiff is hereby sanctioned $400, payment due on or before June 1, 2017, to be paid to Defendants Kenco Logistics Service and Kevin Walsh by sending a check or money order to Defendants' counsel of record.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this __23rd__ day of __May__, 2017.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE