IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NATHAN E. DOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-cv-2287 |
| | ) |
| KENCO LOGISTIC SERVICES, LLC, | ) Judge Colin Stirling Bruce |
| et. al. | ) Magistrate Judge Eric I. Long |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RENEWED MOTION FOR SANCTIONS UNDER RULE 37

Defendants, Kenco Logistics Services, LLC ("Kenco") Kelvin Walsh, Tammi Fowler, Mario Lopez, Valerie Lilley and David Jabaley, by and through their undersigned attorneys, renew their motion for sanctions against Plaintiff, and state the following in support thereof:

1. On May 5, 2017 Magistrate Judge Long entered a Report and Recommendation to Sanction Plaintiff $400 for his continued discovery noncompliance (Doc. 82).

2. It was further ordered that Plaintiff provide complete discovery responses on or before May 19, 2017 (Doc. 83).

3. Plaintiff did not provide complete discovery responses to Defendants. On May 19, 2017 Plaintiff sent an email to Defendants stating "I have not been able to obtain the W2's requested as of yet. I should be able to provide the necessary documents the week of 5/22. Is this acceptable." A copy of this Email is attached as Exhibit A.

4. On May 23, 2017 Judge Bruce adopted Magistrate Long's Report and Recommendation and ordered Plaintiff to pay $400 in discovery sanctions to Defendants on or before June 1, 2017.

5.      As of June 2, 2017 Plaintiff has not paid the Court-ordered $400 sanction to Defendants.

6.      In addition, Plaintiff still has not provided complete discovery responses. While Plaintiff provided slightly-revised written discovery answer regarding his alleged damages (See Doc. 85), Plaintiff still has not supplied a signed medical authorization form, copies of all communications with other former Kenco employees, or any proof of income including: tax returns, W-2s or 1099s.

7.      Counsel for Kenco has worked diligently to communicate with Doss about his discovery obligations and has reminded him, in multiple emails, about the importance of compliance with the Court orders and the types of documents that have not yet been produced. A copy of these most recent email communications are attached as Exhibit B.

8.      Plaintiff failed to respond to the email marked as Exhibit B and has not supplied any additional information.

9.      Based on Plaintiff's failure to pay the Court-ordered sanction of $400 as of June 1, 2017 combined with his additional failure to supply adequate discovery responses, Defendants renew their request for dismissal of this litigation, or any other sanction authorized by Federal Rule of Civil Procedure 37(b)(2).

10.     Given the number of discovery motions that Defendants have previously filed over the last five months and Plaintiff's continued refusal to take his obligations in the discovery process seriously, Defendants request that the Court consider the discovery sanction of dismissal of this litigation with prejudice.

WHEREFORE, Defendants respectfully requests that this Court grant Defendants' Renewed Motion for Sanctions under Rule 37, and enter an Order dismissing Plaintiff's complaint.

Dated:   June 2, 2017

Respectfully submitted,

**VALERIE LILLEY, TAMMI FOWLER, KELVIN WALSH, MARIO LOPEZ DAVID JABALEY AND KENCO LOGISTIC SERVICES, LLC,**


By: /s/ Jody Wilner Moran
       One of Their Attorneys


Jody Wilner Moran (ARDC No. 6186236)
Jody Kahn Mason (ARDC No. 6289872)
Julia Pearce Argentieri (ARDC No. 6302727)
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
MoranJ@jacksonlewis.com
Jody.Mason@jacksonlewis.com
Julia.Argentieri@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on June 2, 2017, I electronically filed a copy of the foregoing **Defendants' Renewed Motion for Sanctions** with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via U.S. Mail, to the following non-ECF participant:

> Nathan E. Doss (*pro se*)
> 1124 Abbot Lane
> University Park, IL 60484
> Aimgame497@gmail.com

and a filed copy of the foregoing will be served via CM/ECF system, which will send a notice of electronic filing to the following parties:

> Thomas R. Davies
> Harry Harmon
> Kimberly J. Overbaugh
> Harmon & Davies, P.C.
> 2306 Columbia Avenue
> Lancaster, PA 17603
> tdavies@h-dlaw.com
> rharmon@h-dlaw.com
> koverbaugh@h-dlaw.com

By: /s/ Jody Wilner Moran
One of the Attorneys for Defendants