E-FILED
Friday, 02 June, 2017 11:12:56 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## Argentieri, Julia P. (Chicago)

| | |
|---|---|
| **From:** | malik wright <aimgame497@gmail.com> |
| **Sent:** | Friday, May 19, 2017 11:28 AM |
| **To:** | Argentieri, Julia P. (Chicago) |
| **Subject:** | TAX INFORMATION |

I have not been able to obtain the W2's requested as of yet. I should be able to provide the necessary documents the week of 5/22. Is this acceptable.

N. Dossier