E-FILED
Friday, 02 June, 2017  11:12:56 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

**Argentieri, Julia P. (Chicago)**

| | |
|---|---|
| **From:** | Argentieri, Julia P. (Chicago) |
| **Sent:** | Friday, May 19, 2017 4:17 PM |
| **To:** | malik wright |
| **Cc:** | Moran, Jody Wilner (Chicago) |
| **Subject:** | RE: TAX INFORMATION |
| **Attachments:** | FW: Doss v. Kenco - Rule 37 |

Mr. Doss:
There are a number of outstanding discovery issues which have been included in my recent Rule 37 communications and the Court's orders, and the tax returns or W-2/1099 forms is just one of the issues. I am re-attaching my email from May 11. Given that we have been trying to resolve these issues since early January, Defendants are not in a position where we can agree to grant further extensions. We would encourage you to email or fax any responsive documents to us as soon as you have them.

Regards,
Julie

**Julia P. Argentieri**
Attorney at Law

**Jackson Lewis P.C.**

150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.*

**From:** malik wright [mailto:aimgame497@gmail.com]
**Sent:** Friday, May 19, 2017 11:28 AM
**To:** Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com>
**Subject:** TAX INFORMATION

I have not been able to obtain the W2's requested as of yet. I should be able to provide the necessary documents the week of 5/22. Is this acceptable.

N. Dossier

## Argentieri, Julia P. (Chicago)

**From:**        Argentieri, Julia P. (Chicago)
**Sent:**        Thursday, May 11, 2017 4:09 PM
**To:**          malik wright
**Cc:**          Moran, Jody Wilner (Chicago)
**Subject:**     FW: Doss v. Kenco - Rule 37
**Attachments:** Medical Authorization Form Doss.pdf


Mr. Doss:
In follow up to our telephone call pursuant to Rule 37, Kenco is requesting the following supplemental discovery information from you, which is currently incomplete, and has been outstanding for several months:

1. An explanation of claimed damages in answer to Interrogatory No. 8 (this must be provided in writing, in interrogatory form)
2. All responsive documents related to Request for Production No. 23 (tax returns if filed, 1099 or W-2 forms)
3. All responsive documents related to Request for Production No. 18 (diaries/journals/logs) or a response that none exist
4. All communications (emails/texts/voicemails/letters) between yourself and Mary Madison, Vernon Henry, Morris Tyson, Edith McCurry, Mardy Ringo or any other non-attorney where you discuss Kenco or this litigation in any capacity including communications related to scheduling of meetings – Please note that you had a duty to preserve such communications during this litigation
5. A completed copy of the attached medical authorization form.

Additionally, I advised you that it is your obligation to review the recent court orders related to discovery issues and take whatever additional steps the court is requesting in order to comply with those orders.

Please contact me with any questions. We look forward to receiving updated, complete responses and the additional documents on or before May 19.


Regards,
Julie

---

**From:** Argentieri, Julia P. (Chicago)
**Sent:** Tuesday, May 02, 2017 11:41 AM
**To:** aimgame497@gmail.com
**Cc:** Kimberly Overbaugh <KOverbaugh@h-dlaw.com>; Moran, Jody Wilner (Chicago) <MoranJ@jacksonlewis.com>; Tom Davies <TDavies@h-dlaw.com>
**Subject:** RE: Doss v. Kenco - Rule 37

Mr. Doss:
We received your supplemental discovery answers last week and are in the process of reviewing them. Do you have time available later this week for a phone call to discuss additional information that remains outstanding? I am summarizing our ongoing concerns in this email. It appears that you have continued to provide no responsive information in response to Interrogatory No 8 related to your damages, as well as Request for Production No. 23 where Defendant is requesting not only tax returns but also 1099s/W-2s and any other documents identifying sources of income. Additionally Request No. 18 asks for any diaries/logs/journals and you continue to refer to all of the thousands of documents you have produced, many of which are not documents or journals. If you kept a diary/log/journal, please identify where it is located in your production, or if you did, please advise us of that fact.

Please let me know a time that we can call you as well as the best number to reach you at. Additionally, can you please complete and return the attached form, which is the medical authorization form referenced in the discovery requests. This form will allow us to request copies of any medical records which you have identified in your discovery answers.

We would appreciate hearing from you as soon as possible so that we can resolve these outstanding discovery issues. If we cannot reach a resolution on these issues within the next 5 days we intend to file another motion with the court.

Regards,
Julie


**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.*

---

**From:** Argentieri, Julia P. (Chicago)
**Sent:** Wednesday, April 12, 2017 10:54 AM
**To:** aimgame497@gmail.com
**Cc:** Kimberly Overbaugh <KOverbaugh@h-dlaw.com>; Moran, Jody Wilner (Chicago) <MoranJ@jacksonlewis.com>; Tom Davies <TDavies@h-dlaw.com>
**Subject:** Doss v. Kenco

Mr. Doss:
In follow up to our conversation earlier this morning, attached please find a copy of Kenco's pending motion to compel and for sanctions, as well as Exhibits A, B and C.

Regards,
Julie Argentieri

**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.*