Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Nathan E Doss | ) ) ) |
| Plaintiff | |
| vs. | ) Case Number: 15-2287 |
| Kenco Logistic Services LLC, Mars Inc, Valerie Lillie, Mike Manzello, Kelvin Walsh, Tammi Fowler, Mario Lopez, David Jabaley | ) ) ) ) |
| Defendants | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed in full as a sanction for Plaintiff's failure to comply with multiple court orders.

**Dated: 7/25/2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court