**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 15-2287

Nathan Doss
1124 Abbot Ln.
University Park IL 60484

9590 9403 0487 5173 4414 85

2. Article Number (Transfer from service label)

7002 0510 0002 0121 8876

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 07/26

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FILED
JUL 31 2017
CLERK OF
U.S. DISTRICT
CENTRAL DISTRICT
OF ILLINOIS

3. Service Type
☐ Adult Signature           ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®           ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™
☐ Insured Mail              ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt